IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| JANE DOE, | : | Case No. 1:25-cv-35 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| CARROLS CORPORATION, et al., | : | |
| Defendants. | : | |

## ORDER TO SHOW CAUSE

This matter is before the Court sua sponte. Plaintiff filed her Complaint on January 28, 2025. (*See* Compl., Doc. 1.) On April 24, 2025, Plaintiff moved for additional time to serve Defendant Jason Lindsey in light of several unsuccessful prior attempts to perfect service. (Motion, Doc. 5.) The Court granted this request and ordered that "Plaintiff shall have until July 28, 2025, to perfect service as to Defendant Jason Lindsey." (6/17/2025 Notation Order.) On July 15, 2025, Plaintiff filed an affidavit explaining that service attempts upon Defendant Jason Lindsey have not been successful. (*See* Affidavit, Doc. 10.) Thus, at this time, the record contains no indication that Plaintiff has served Defendant Jason Lindsey or that he has otherwise waived service of process.

Proper service of process is required for this Court to obtain personal jurisdiction over a defendant. *Omni Capital Intern., Ltd. v. Rudolf Wolff & Co., Ltd.*, 484 U.S. 97, 104 (1987). "Plaintiff bears the burden of exercising due diligence in perfecting service of process and in showing that proper service has been made." *Beyoglides v. Montgomery*

*Cnty. Sheriff*, 166 F. Supp. 3d 915, 917 (S.D. Ohio 2016) (citations omitted).

Federal Rule of Civil Procedure 4(m) provides, in pertinent part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, Plaintiff is hereby **NOTIFIED** that the Court proposes to dismiss the claims against Defendant Jason Lindsey without prejudice. Plaintiff is **ORDERED** to show cause, within **fourteen (14) days** of this Order, as to why the claims against Defendant Jason Lindsey should not be dismissed for failure of service. Additionally, Plaintiff filed her Complaint pseudonymously and stated that "[u]pon acceptance of this Complaint for filing, Plaintiff will move this court to proceed under the pseudonym 'Jane Doe.'" (Compl., Doc. 1, ¶ 6.) If Plaintiff intends to proceed pseudonymously, any motion for leave to do so must be filed within **twenty-one (21) days** of this Order.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND